| | |
|---|---|
| **Donald D. duBoulay** | **305 Broadway, Suite 602** |
| **Attorney at Law** | **New York, NY 10007** |

Telephone: (212) 966-3970
Fax:        (212) 941-7108
E-mail:    dondubesq@aol.com

June 29, 2017

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40- Foley Square
New York, New York 10007

Re: United States v. William Bracy et, al.
    15 Cr. 537 (VEC)

Dear Judge Caproni:

    I write pursuant to the Court's Order to inform the Court that Mr. Bracy does intend to contest the Government's position that he actively participated in the killing of Moises Lora. I have conferred with the Government and both sides are available for a *Fatico* hearing on July 19, 2017 or July 20, 2017.

Respectfully submitted,

/s/
Donald duBoulay, Esq
Marlon Kifton, Esq
Attorneys for William Bracey

cc: Samuel Enzer, AUSA
    Andrew C. Adams, AUSA
    Gina M. Castellano, AUSA