USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :      **PROTECTIVE ORDER**

    - v. -             :
                                    15 Cr. 537 (VEC)
WILLIAM BRACY,                :

         Defendant.      :

- - - - - - - - - - - - - - - - x

     Upon the application of the United States of America, Joon H. Kim, Acting United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Samson Enzer, Gina M. Castellano, and Andrew C. Adams, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972) in anticipation of the presentencing hearing pursuant to *United States v. Fatico*, 603 F.2d 1053 (2d Cir. 1979) regarding the extent of defendant William Bracy's participation in the murder of Moises Lora scheduled for July 19, 2017 in this matter (the "*Fatico* Hearing"), it is hereby:

     ORDERED that (1) counsel for defendant Bracy must destroy or return to the Government all 3500 and *Giglio* material and any copies thereof for all Government witnesses (the "3500 Material") at the conclusion of the *Fatico* Hearing or when any appeal thereof has become final; (2) the defense is precluded

from disseminating any of the 3500 Material and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense; and (3) the defendant himself is precluded from taking any 3500 Material and any copies thereof with him into any jail facility, or possessing any of the 3500 Material and any copies thereof in any jail facility, either before, during, or after the *Fatico* Hearing, except that the defendant may review the 3500 Material in the possession of defense counsel or any paralegal or staff employed by the defense when in the presence of defense counsel or any paralegal or staff employed by the defense.

FURTHER ORDERED that the provisions of this Order shall not terminate at the conclusion of this prosecution and the Court will retain jurisdiction to enforce this Order following termination of this case.

AGREED AND CONSENTED TO:

JOON H. KIM
Acting United States Attorney

By: _____      Date: 7/11/17
Samson Enzer
Gina M. Castellano
Andrew C. Adams
Assistant United States Attorneys

DEFENDANT WILLIAM BRACY

By: _/s/ Donald DuBoulay_          Date: 7/11/17
Donald DuBoulay, Esq.
Marlon Kirton, Esq.
Counsel for defendant Bracy

SO ORDERED:

Dated:   New York, New York
         July 12, 2017

_/s/ Valerie Caproni_
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE