| | |
|---|---|
| **Donald D. duBoulay**<br>  **Attorney at Law** | **305 Broadway, Suite 602**<br>**New York, NY 10007** |

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

July 17, 2017

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40- Foley Square
New York, New York 10007

Re: United States v. William Bracy
    15 Cr. 537 (VEC)

Dear Judge Caproni:

    Attached please find a letter from Mr. Bracy's mother for your consideration in regards to the upcoming sentencing of Mr. Bracy.

Respectfully submitted,<br><br>/s/<br>Donald duBoulay

cc: Samson Enzer, Esq AUSA