



http://sphotos.xx.fbcdn.net/hphotos-ash3/525831_312905532107841_100001651917373_...   4/17/2012

US_270673