*Marlon G. Kirton, P.C.*

_____

| *Marlon G. Kirton, Esq.* | *New York City:* | *Nassau County:* |
| --- | --- | --- |
| | *230 Park Ave. Suite, 1000* | *175 Fulton Ave. Suite 305* |
| | *New York, N.Y. 10169* | *Hempstead, N.Y. 11550* |
| | *Tel # (646) 435 - 5519* | *Tel # (516) 833 - 5617* |
| | *Fax # (212) 808 - 3020* | *Fax # (516) 833 - 5620* |

VIA ELECTRONIC FILING

July 18, 2017

Hon. Valerie E. Caproni
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Conyers, 15 cr. 537 (VEC)*

Dear Judge Caproni:

I am counsel for William Bracy in the above referenced matter. This Court has scheduled a *Fatico* hearing for, Wednesday, July 19, 2017 at 10:00 a.m. I request permission to bring my Apple I Pad device to court tomorrow. I use this device at hearings because it allows me to keep track of all of my notes and all of the hearing exhibits. I have enclosed a Proposed Order for the Court's consideration.

Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.


cc: Samson Enzer, Assistant United States Attorney (via electronic filing).
    Andrew Adams, Assistant United States Attorney (via electronic filing).
    Gina Castellano, Assistant United States Attorney (via electronic filing).

1

Donald Duboulay, Esq. (via electronic filing)

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
———————————————————————— x

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned_____
_____UNITED STATES V. WILLIAM BRACY_____, No. _15 cr. 537_.

The date(s) for which such authorization is provided is (are) _July 19, 2017_____.

| Attorney | Device(s) |
|---|---|
| 1. Marlon G. Kirton | Apple I Pad |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

    SO ORDERED:

Dated: _____

                                                                           United States Judge

Revised: February 26, 2014